Bell vs. Riggs & Bro.

## No. 9316.

### MRS. JESSIE R. BELL VS. RIGGS & BRO.

For the reasons given in State *ex rel.* Bell vs. Judge, 36 Ann., 886, the order dissolving the injunction herein appealed from is annulled and set aside.

APPEAL from the Civil District Court for the Parish of Orleans Rightor, J.

*Sam'l Gilmore* and *Jas. D. Hill* for Plaintiff and Appellant.

*Branch K. Miller* and *Albert Voorhies* for Defendant and Appellee.

The opinion of the Court was delivered by

FENNER, J. This is an appeal from an order dissolving an injunction on bond, which was granted under our mandamus in the case of State *ex rel.* Bell vs. Judge, 36 Ann., 886.

For the reasons given in that decision it is evident that the dissolving order was erroneous and must be reversed.

It is, therefore, ordered and decreed that the dissolving order appealed from herein be annulled and set aside, at cost of appellee.